# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JUDITH MARCIA WILLIAMS,**

    *Plaintiff*,

v.                                  Case No.: 4:22cv436-MW/MJF

**AL LAWSON, JR., et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections, ECF No. 6. Plaintiff's filing is on a form titled "Notice of Appeal and Objection to District Court Judge," ECF No. 6, which this Court construes as objections to the report and recommendation rather than an appeal of the Magistrate Judge's non-final order. If Plaintiff seeks to appeal her case to a higher court, she may appeal this Court's final order to the Eleventh Circuit Court of Appeals.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 5, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)–(ii)." The Clerk shall close the file.

**SO ORDERED on January 3, 2023.**

> s/Mark E. Walker
> **Chief United States District Judge**